# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| TERRELL ROLAND, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 3:19-cv-02103-ACA-HNJ |
| | ) |
| TONEY, Warden, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action for a writ of habeas corpus filed by petitioner Terrell Roland, *pro se*, on or about December 26, 2019. (Docs. 1, 5). Mr. Roland challenges his 2008 convictions for murder and second degree assault in the Circuit Court of Colbert County, Alabama. (*Id.*). On May 11, 2020, the magistrate judge to whom the case was referred entered a report and recommendation pursuant to 28 U.S.C. § 636(b), recommending that habeas relief be denied. (Doc. 15). The magistrate judge notified Mr. Roland of his right to file objections to the report and recommendation within fourteen (14) days. (*Id.*).

Rather than file objections, Mr. Roland re-dated and re-filed his response to respondents' answer, which the Clerk docketed as objections. (Doc. 16). Even so construed, nothing in the petitioner's response provides a basis to toll the statutory

time limitations for filing a habeas petition. Thus, the petition is due to be dismissed as time-barred.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a)*, Rules Governing § 2254 Proceedings*. A separate Final Order will be entered.

**DONE** and **ORDERED** this June 17, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE